Submitted on record and briefs November 25, reversed and remanded for reconsideration December 16, 1992

In the Matter of the Compensation of
Terry Griffith, Claimant.

ROGUE VALLEY MEDICAL CENTER,
*Petitioner,*

*v.*

Terry D. GRIFFITH,
*Respondent.*

(WCB 91-05396; CA A75092)

842 P2d 467

---

Adam T. Stamper and Cowling & Heysell, Medford, filed the brief for petitioner.

Roger Ousey and Bischoff & Strooband, P.C., Eugene, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).